## Wytheville.

### DAVIS v. COMMONWEALTH.

June 13, 1913.

*This case is controlled by Roselle* v. *Commonwealth, 110 Va. 235.*

Error to a judgment of the Corporation Court of Newport News.

*Affirmed.*

*T. J. Christian*, for the plaintiff in error.

*Samuel W. Williams, Attorney-General*, for the Commonwealth.

BY THE COURT:

Upon practically the same facts, the questions presented by this record were determined in the case of *Roselle* v. *Commonwealth*, 110 Va. 235, 65 S. E. 526, adversely to the appellant and in favor of the Commonwealth. That decision has since been affirmed by the Supreme Court of the United States, and for the reasons there given (110 Va. 235, 65 S. E. 526) the judgment here complained of must be affirmed.

*Affirmed.*